# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0996

VERSUS

KELTON L. SPANN

**NOVEMBER 21, 2022**

---

In Re:   Kelton L. Spann, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 22-CR5-148855.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                    **MRT**
                    **WRC**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
DEPUTY CLERK OF COURT
    FOR THE COURT